# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOES #1-3, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) | |
| ) | NO. 3:19-cv-00532 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| WILLIAM B. LEE, et al., ) | MAGISTRATE JUDGE BROWN |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiffs' request for preliminary injunctive relief (Doc. No. 6). The Court will hold a hearing on the Motion on July 11, 2019, at 3:00 p.m. Absent extraordinary circumstances, the hearing will conclude on that day.

The parties shall file by noon on July 9, 2019, the following pertaining to the preliminary injunction hearing: (1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE