IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOES #1-3, *Individually and on behalf of all other similarly situated*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| WILLIAM B. LEE, et al., | ) ) |
| Defendants. | ) ) |

NO. 3:19-cv-00532

JUDGE CAMPBELL
MAGISTRATE JUDGE BROWN

## ORDER

I hereby recuse myself in this action.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE