IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JOHN DOES #1-3, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:19-cv-00532 District Judge Waverly D. Crenshaw, Jr. |
| WILLIAM B. LEE, Governor of the State of Tennessee, and DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation, and TONY C. PARKER, Commissioner of the Tennessee Department of Correction, in their official capacities, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

___

**JOINT MOTION TO STAY DETERMINATION ON PLAINTIFFS' MOTION TO CERTIFY RULE 23(B)(2) CLASS**
___

Plaintiffs and Defendants in this case hereby jointly move this Court to stay its determination on Plaintiffs' Motion to Certify Rule 23(b)(2) class until after the initial case management conference in this case, scheduled for September 16, 2019. In support of this motion, the parties would show the Court as follows:

1. Plaintiffs filed this action on June 26, 2019. The next day they filed a Motion to Certify Rule 23(b)(2) Class. (Doc. 4 Page ID# 43.)

2. Defendants filed a response opposing certification of a class on August 19, 2019. (Doc. 26 Page ID# 167.)

3. Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, the Plaintiffs filed an Amended Complaint on September 3, 2019.

4. In light of the Amended Complaint, the parties agree that Defendants should be given the opportunity to file an additional or revised response to the Motion to Certify Rule 23(b)(2) class if they desire. Likewise, Plaintiffs should be given the opportunity to file a reply to any additional or revised response filed by Defendants.

5. It may also be necessary for Plaintiffs and/or Defendants to conduct discovery on issues related to class certification.

For all of these reasons, the parties respectfully request that this Court stay any ruling on Plaintiffs' Motion to Certify Rule 23(b)(2) Class until after the initial case management conference scheduled for September 16, 2019. Deadlines for any additional responses and replies, as well as parameters for discovery on the class action issues, can be finalized at that conference.

Respectfully submitted:

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Dianna Baker Shew
Dianna Baker Shew, BPR # 012793
Senior Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
dianna.shew@ag.tn.gov
(615) 532-1969

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 027096
Senior Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
stephanie.bergmeyer@ag.tn.gov
(615) 741-6828

*Counsel for the Defendants*

s/ W. Justin Adams
W. Justin Adams, BPR #022433
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
wjadams@bonelaw.com

s/Kyle F. Mothershead
Kyle F. Mothershead, BPR # 022953
The Law Office of Kyle Mothershead
414 Union Street, Suite 900
Nashville, Tennessee 37219
kyle@mothersheadlaw.com

s/ Benjamin K. Raybin
Benjamin K. Raybin, BPR # 029350
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, Tennessee 37219
braybin@nashvilletnlaw.com

s/ Patrick T. McNally
Patrick T. McNally, BPR # 010046
Weatherly, McNally & Dixon, PLLC
424 Church Street, Suite 2260
Nashville, Tennessee 37219
pmcnally@wmdlawgroup.com

*Counsel for the Plaintiffs*