UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOES #1-3, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | NO. 3:19-cv-00532 |
| v. ) ) | |
| WILLIAM B. LEE, et al., ) ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' Joint Motion to Stay Determination on Plaintiffs' Motion to Certify Rule 23(b)(2) Class. (Doc. No. 32.) The parties request that the Court stay any decision on Plaintiffs' class certification motion (Doc. No. 4) until after the initial case management conference scheduled for September 16, 2019. (Id. at 2.) For good cause shown, the parties' Joint Motion to Stay Determination on Plaintiffs' Motion to Certify Rule 23(b)(2) Class (Doc. No. 32) is **GRANTED**. The Court will stay any decision on the class certification motion until the parties conduct an initial case management conference and the Magistrate Judge enters a case management order, which shall include a schedule for disposition of the motion for class certification.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE