## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE AT
## NASHVILLE

| | | |
|---|---|---|
| **JOHN DOES #1-3, individually and on behalf of others similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **No. 3:19-cv-00532** **Judge Waverly D. Crenshaw, Jr.** |
| **WILLIAM B. LEE, Governor of the State of Tennessee, and DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation, and TONY C. PARKER, Commissioner of the Tennessee Department of Correction, in their official capacities,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

_____

### AGREED ORDER OF DISMISSAL
_____

By agreement of the parties, as evidenced by the signatures of counsel below, all issues among the parties to this case have been fully and finally resolved.  Pursuant to the parties' agreement, Defendants are ordered to pay Plaintiffs' attorneys' fees in the amounts already agreed by the parties.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this case, through counsel, hereby stipulate and agree that this case is **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case.

IT IS SO **ORDERED.**

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Approved for entry:


HERBERT H. SLATERY III
Attorney General and Reporter

s/ Dianna Baker Shew
Dianna Baker Shew, BPR # 012793
Senior Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
dianna.shew@ag.tn.gov
(615) 532-1969

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 027096
Senior Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
stephanie.bergmeyer@ag.tn.gov
(615) 741-6828

*Counsel for the Defendants*


s/ W. Justin Adams
W. Justin Adams, BPR #022433
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
wjadams@bonelaw.com

s/Kyle F. Mothershead
Kyle F. Mothershead, BPR # 022953
The Law Office of Kyle Mothershead
414 Union Street, Suite 900
Nashville, Tennessee 37219
kyle@mothersheadlaw.com

s/ Benjamin K. Raybin
Benjamin K. Raybin, BPR # 029350
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, Tennessee 37219
braybin@nashvilletnlaw.com

s/ Patrick T. McNally
Patrick T. McNally, BPR # 010046
Weatherly, McNally & Dixon, PLLC
424 Church Street, Suite 2260
Nashville, Tennessee 37219
pmcnally@wmdlawgroup.com

*Counsel for the Plaintiffs*